<hr/>

# CHARLESTON.

## DAMRON v. FERGUSON.

*(GREEN, JUDGE, absent.)

Submitted January 10, 1889. Decided January 29, 1889.

1. WRIT OF ERROR.
    An order overruling a motion to set aside a verdict of a jury and refusing to grant a new trial is not such an order or judgment as will authorize a writ of error to this Court.

2. WRIT OF ERROR—FINAL JUDGMENT.
    In order to authorize a writ of error there must be a final judgment on the verdict.

*Z. T. Vinson* for plaintiff in error.

*H. K. Shumate* for defendant in error.

ENGLISH, JUDGE:

This was a writ of error allowed from an order of the Cir-

*On account of illness.

cuit Court of Wayne county entered on the 6th day of June, 1885, overruling a motion then made by the plaintiff to set aside the verdict of the jury therein rendered and award him a new trial. An examination of the record discloses the fact, that no judgment was ever rendered by said Circuit Court upon said verdict, and, there being no final judgment in the cause and no order, from which a writ of error would lie to this Court, the writ of error awarded to the plaintiff must be dismissed as having been prematurely allowed, with costs against the plaintiff in error.

Dismissed.